Case 1:99-cr-00056-CB-S   Document 139   Filed 09/01/15   Page 1 of 1

AO 247 (Rev. 11/11) ALSD  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Southern District of Alabama

| | |
|---|---|
| United States of America | ) |
| v. | ) Case No: 99-00056-CB |
| WILBERT RICHARDS | ) USM No: 15176-112 |
| Date of Original Judgment: | ) |
| Date of Previous Amended Judgment: Oct. 28, 1999 | ) |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of [✓] the defendant [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
[ ] DENIED.  [✓] GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of Ct. 1) 189 mos., Ct. 5) 60 months **is reduced to** Ct. 1) 99 mos, Ct. 5) 60 mos.

*(Complete Parts I and II of Page 2 when motion is granted)*

**ADDITIONAL COMMENTS**

Except as otherwise provided, all provisions of the judgment dated October 28, 1999 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: September 1, 2015          s/Charles R. Butler, Jr.
                                                          *Judge's signature*

Effective Date: November 1, 2015      Charles R. Butler, Jr., Senior United States District Judge
*(if different from order date)*                     *Printed name and title*